## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALTER HEKALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 13-903 (RLW) |
| v. | ) ECF |
| | ) |
| U.S. DEPARTMENT OF HOMELAND | ) |
| SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S ANSWER TO WALTER HEKALA'S COMPLAINT

The United States Department of Homeland Security, and its component U.S. Customs and Border Protection (collectively "defendant"), by and through undersigned counsel, hereby answer plaintiff's Complaint in the captioned matter as follows:

### Affirmative Defense

Defendant denies each and every allegation contained in the Complaint except as hereinafter may be expressly admitted.

In response to the numbered paragraphs and sentences of the Complaint, defendant admits, denies, or otherwise responds as follows:

1. This paragraph purports to identify the cause of action alleged by Plaintiff. As such it constitutes a statement of law to which no response is required. To the extent a response is deemed required, Defendant admits that Plaintiff seeks to pursue this matter under the Freedom of Information Act ("FOIA") 5 U.S.C. § 522. Defendant denies all other allegations.

2. Admitted.

3. Admitted.

4. Admitted.

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Admitted.

9.  Admitted.

10.  Admitted.

11.  This paragraph states a legal conclusion about FOIA's requirements and no response is required.  To the extent a further response is deemed required, defendant admits that plaintiff submitted the requested materials on or about December 3, 2011.

12.  Admitted.

13.  Admitted.

14.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18.  Admitted.

19.  Admitted.

20.  Admitted.

21.  Admitted.

22.  Admitted.

23.  The allegations contained in this paragraph constitute conclusions of law to which no response is required.  To the extent a response is deemed required, the allegations are denied. Defendant avers that by letter dated September 2013, it provided a substantive response to plaintiff's FOIA request, advising him, *inter alia*, of the length of time required to process and release the non-exempt records responsive to his request.

The remaining unnumbered paragraphs contain plaintiff's prayer for relief.  Defendant denies that plaintiff is entitled to the relief requested or to any relief whatsoever.  WHEREFORE, having fully answered plaintiff's Complaint, defendant prays for a judgment dismissing the complaint with prejudice and for such further relief as the Court may deem just.

Respectfully submitted,

RONALD C. MACHEN JR., DC Bar #447889
United States Attorney

DANIEL VAN HORN, DC Bar #924092
Chief, Civil Division


By:  /s/ *Mercedeh Momeni*
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
Telephone:  (202) 252-2515


*Of Counsel:*
Christopher Chen, Esq.
Office of the Chief Counsel
U.S. Customs and Border Protection